## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

Dalia Geronimo,

                           Plaintiff,

       vs.

Capital One Bank,

                       Defendant.

Civil Action No. 06-2253 (KSH)

**ORDER**

**KATHARINE S. HAYDEN, U.S.D.J.**

      This matter having come before the Court upon the Report and Recommendation of Magistrate Judge Shwartz, filed on October 4, 2006, recommending that plaintiff's Complaint be dismissed; and this Court receiving no objection thereto; and this Court having reviewed the issues therein and being satisfied that good cause has been shown for the entry of this Order

      **IT IS** on this 8th  day of November, 2006, hereby

      **ORDERED** that plaintiff's Complaint is dismissed; and it is further

      **ORDERED** that the Report and Recommendation of Magistrate Judge Shwartz is adopted and incorporated as the Opinion of this Court.

                                     /s/ Katharine S. Hayden
                                     Katharine S. Hayden, U.S.D.J.